STATE OF NEW JERSEY v. ALDO MENDOZA.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HOWARD.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN THOMAS CUSICK.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MAGGIO.

October 20, 1987.

Petition for certification denied.

KEVIN CANNON v. NEW JERSEY BELL TELEPHONE.

October 20, 1987.

Petition for certification denied.   (See 219 *N.J.Super.* 304).